UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY ANN SINGLETON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　　　　　　　Defendant. | 3:21-cv-00473-CSD<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Clerk shall draw another Magistrate Judge to be assigned to this case.

DATED: April 7, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE